# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC., and CYTYC SURGICAL PRODUCTS, LLC,<br><br>              Plaintiffs,<br><br>    v.<br><br>MINERVA SURGICAL, INC.,<br><br>              Defendant. | C.A. No.: 15-1031-JFB-SRF |

### PLAINTIFFS' REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1 TO EXCLUDE REFERENCE TO OR USE OF *INTER PARTES* REVIEW PROCEEDINGS RELATING TO THE '183 PATENT-IN-SUIT

*Of Counsel:*

Matthew M. Wolf
Marc A. Cohn
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
matthew.wolf@arnoldporter.com
marc.cohn@arnoldporter.com

Ryan J. Casamiquela
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
ryan.casamiquela@arnoldporter.com

David A. Caine
Philip W. Marsh
Assad H. Rajani
**ARNOLD & PORTER KAYE SCHOLER LLP**
Five Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Telephone: (650) 319-4500
david.caine@arnoldporter.com
philip.marsh@arnoldporter.com
assad.rajani@arnoldporter.com

Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE  19801
Telephone: (302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs, Hologic, Inc.
 and Cytyc Surgical Products, LLC*

June 25, 2018

Minerva asserts that the '183 Patent PTO proceedings are relevant to willfulness as to the '183 Patent. In the interest of narrowing the issues for trial, Hologic hereby withdraws its claim for willfulness as to '183 Patent (Hologic will continue to assert willfulness as to the '348 Patent only). With this narrowing of issues, Minerva's argument now fails for this reason alone. The '183 Patent PTO proceedings has no relevance, and would only confuse the jury.

Further, the Court's finding that "Minerva's invalidity defenses are barred by assignor estoppel" also precludes Minerva from relying on the '183 Patent PTO proceedings. (D.I. 407 at 24.) The Court granted Hologic's motion for summary judgment that the '183 Patent is *not* invalid.[1] An unavailable defense cannot provide a reasonable belief of invalidity.

The interim results of the PTO are also not a defense to willful infringement because they occurred after the fact. What matters is Minerva's state of mind *at the time of infringement*. (*See* D.I. 86 at 8–14 (no assertions of '183 patent invalidity)); *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1340 (Fed. Cir. 2016); *see also Exmark Mfg. Co. Inc. v. Briggs & Stratton Power Prods. Grp., LLC*, 879 F.3d 1332, 1353 (Fed. Cir. 2018).

Any probative value "is substantially outweighed by the risk of unfair prejudice and the risk of confusing the jury." *Personalized User Model, L.L.P. v. Google Inc.*, No. 09-525-LPS, 2014 WL 807736, at *3 (D. Del. Feb. 27, 2014); *Integra LifeSciences Corp. v. HyperBranch Med. Tech., Inc.*, No. 15-819-LPS-CJB, 2018 WL 2186677, at *1 (D. Del. May 11, 2018). There is a high likelihood the jury gives undue weight to the PTO, which applies a different legal standard, and which is on appeal at the Federal Circuit. *XY, LLC v. Trans Ova Genetics, LC*, No. 13-cv-0876-WJM-NYW, 2016 WL 97691, at *2 (D. Colo. Jan. 7, 2016) ("[t]here is a substantial risk that the jury will give undue weight to evidence of a decision by [the PTO].") For these reasons and those in Hologic's Motion (D.I. 392), the Motion should be granted.

---

[1] Minerva cannot present evidence to the contrary, as Minerva admits that its expert's "opinions on invalidity . . . [are] moot in light of the Court's summary judgment order." (D.I. 423 at 2.)

| | |
|---|---|
| DATED: July 6, 2018 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | _____ |
| Matthew M. Wolf | Karen L. Pascale (#2903) |
| Marc A. Cohn | Pilar G. Kraman (#5199) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Rodney Square |
| 601 Massachusetts Ave., NW | 1000 North King Street |
| Washington, DC 20001-3743 | Wilmington, DE  19801 |
| Telephone: (202) 942-5000 | Telephone: (302) 571-6600 |
| matthew.wolf@arnoldporter.com | kpascale@ycst.com |
| marc.cohn@arnoldporter.com | pkraman@ycst.com |
| | |
| Ryan Casamiquela | *Attorneys for Plaintiffs, Hologic, Inc.* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *and Cytyc Surgical Products, LLC* |
| Three Embarcadero Center | |
| San Francisco, CA 94111-4024 | |
| Telephone: (415) 471-3100 | |
| ryan.casamiquela@arnoldporter.com | |
| | |
| David A. Caine | |
| Philip W. Marsh | |
| Assad H. Rajani | |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | |
| Five Palo Alto Square | |
| 3000 El Camino Real, Suite 500 | |
| Palo Alto, CA 94306 | |
| Telephone: (650) 319-4500 | |
| david.caine@arnoldporter.com | |
| philip.marsh@arnoldporter.com | |
| assad.rajani@arnoldporter.com | |

2

# **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on July 6, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Minerva Surgical, Inc.:*

| | |
|---|---|
| Benjamin J. Schladweiler | schladweilerb@gtlaw.com |

**GRRENBERG TRAURIG LLP**
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| Vera M. Elson | velson@wsgr.com |
| Dale R. Bish | dbish@wsgr.com |
| Christopher D. Mays | cmays@wsgr.com |

**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050

| | |
|---|---|
| Olivia M. Kim | okim@wsgr.com |
| Neil N. Desai | ndesai@wsgr.com |
| Edward G. Poplawski | epoplawski@wsgr.com |

**WILSON SONSINI GOODRICH & ROSATI**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071

|  |  |
|---|---|
| July 6, 2018 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*<br>Pilar G. Kraman (#5199) *[pkraman@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600<br><br>*Attorneys for Plaintiffs, Hologic, Inc.*<br>*and Cytyc Surgical Products, LLC* |