# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> MINERVA SURGICAL, INC., <br><br> Defendant and Counterclaimant. | C.A. No. 15-1031-JFB-SRF <br><br> **JURY TRIAL DEMANDED** <br><br> **REDACTED PUBLIC VERSION** |

### DEFENDANT MINERVA SURGICAL, INC.'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* NO. 4 TO PRECLUDE MINERVA FROM ARGUING THAT THE PATENTS-IN-SUIT DO NOT ENABLE OR DESCRIBE UNCLAIMED FEATURES OF THE ACCUSED PRODUCT

*Of Counsel*:

Vera M. Elson
Dale R. Bish
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
Neil N. Desai
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900


Dated:  July 2, 2018

GREENBERG TRAURIG, LLP
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7000
schladweilerb@gtlaw.com

*Counsel for Defendant and Counterclaimant Minerva Surgical, Inc.*

Hologic's motion should be denied as moot. It was filed before this Court entered its summary judgment opinion and order. D.I. 407; D.I. 408. That order granted summary judgment that assignor estoppel bars Minerva's written description and enablement invalidity defenses. Therefore at trial, Minerva will not present evidence or argument, such as opinion testimony of Dr. Robert Tucker ("Tucker"), that the asserted patents are not described or enabled. All of the testimony and argument Hologic identifies for exclusion is for Minerva's written description and enablement defenses. D.I. 292 Ex. 28 (Tucker's Expert Report); D.I. 292 Ex. 8 (portions of Tucker's deposition testimony); D.I. 278, 341 (portions of Minerva's summary judgment briefing). As relief, Hologic requests an order precluding Minerva "from arguing or presenting evidence at trial that the Patents-in-Suit do not ***enable or describe*** unclaimed features of the accused Minerva product." D.I. 395 at 3 (emphasis added). The Court's aforementioned summary judgment ruling moots Hologic's request.

Hologic's motion is confined to the aforementioned invalidity defenses. Also, Hologic does not seek to exclude all evidence related to the asserted patents or features of Minerva's product be excluded. It cannot because such evidence is relevant and highly probative to at least willfulness and damages—issues that remain for the jury to decide. D.I. 408 ¶10. As to willfulness, that inquiry is one of fact and "is determined from the totality of the circumstances." *ACCO Brands, Inc. v. ABA Locks Mfrs.*, 501 F.3d 1307, 1312 (Fed. Cir. 2007). Factors to consider in assessing willfulness include "whether the infringer deliberately copied the ideas or design of another" and "whether the infringer, when he knew of the other's patent protection, investigated the scope of the patent and formed a good-faith belief that it was invalid or that it was not infringed." *Read Corp. v. Portec, Inc.*, 970 F.2d 816, 827 (Fed. Cir. 1992). Yet other factors to consider include "whether the infringer exercised care to respect the legal rights of the

patentee," "whether the actions taken were reasonable," "independent development by the infringer, and various aspects of the actual relationship between the patentee and the infringer." *Nat'l Presto Indus. v. W. Bend Co.*, 76 F.3d 1185, 1192-93 (Fed. Cir. 1996). Minerva expects to provide testimony and evidence relevant to and highly probative of those factors, including its good faith belief that it did not infringe a valid patent, the bases therefore, Minerva's lack of copying Hologic's patents or products, the reasonableness of its conduct, and its independent development. Minerva will respond accordingly if and when Hologic objects to such evidence at trial.

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

| *Of Counsel*: | /s/ Benjamin J. Schladweiler |
|---|---|
|  | Benjamin J. Schladweiler (#4601) |
| Vera M. Elson | The Nemours Building |
| Dale R. Bish | 1007 North Orange Street |
| Christopher D. Mays | Suite 1200 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Wilmington, DE  19801 |
| 650 Page Mill Road | (302) 661-7000 |
| Palo Alto, CA  94304 | schladweilerb@gtlaw.com |
| (650) 493-9300 |  |
| velson@wsgr.com | *Counsel for Defendant and Counterclaimant* |
| dbish@wsgr.com | *Minerva Surgical, Inc.* |
| cmays@wsgr.com |  |

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
Neil N. Desai
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com
ndesai@wsgr.com

Dated:  July 2, 2018

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on July 2, 2018, I caused the foregoing ***Defendant Minerva Surgical, Inc.'s Opposition to Plaintiffs' Motion In Limine No. 4 to Preclude Minerva From Arguing That the Patents-in-Suit Do Not Enable or Describe Unclaimed Features of the Accused Product*** to be served via electronic mail upon the following counsel of record:

Karen L. Pascale
Pilar G. Kraman
James L. Higgins
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
kpascale@ycst.com
pkraman@ycst.com
jhiggins@ycst.com

Ryan J. Casamiquela
ARNOLD & PORTER KAYE SCHOLER LLP
10th Floor, Three Embarcadero Center
San Francisco, California 94111-4024
ryan.casamiquela@apks.com

Jennifer A. Sklenar
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
jennifer.sklenar@arnoldporter.com

*Counsel for Plaintiffs and Counterdefendants Hologic, Inc. and Cytyc Surgical Products, LLC*

Matthew M. Wolf
Edward Han
Marc A. Cohn
William Z. Louden
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
matthew.wolf@apks.com
ed.han@apks.com
marc.cohn@apks.com
william.louden@apks.com

Assad Rajani
David A. Caine
Philip W. Marsh
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
assad.rajani@apks.com
david.caine@apks.com
philip.marsh@apks.com

*Counsel for Plaintiffs and Counterdefendants Hologic, Inc. and Cytyc Surgical Products, LLC*

　　　　　　　　　　　　　　　　　　　　/s/ Benjamin J. Schladweiler
　　　　　　　　　　　　　　　　　　　　Benjamin J. Schladweiler (#4601)