# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC,<br><br>　　　　Plaintiffs and Counterdefendants,<br><br>　　v.<br><br>MINERVA SURGICAL, INC.,<br><br>　　　　Defendant and Counterclaimant. | C.A. No. 15-1031-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**REDACTED PUBLIC VERSION** |

**DEFENDANT MINERVA SURGICAL, INC.'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* NO. 1: TO EXCLUDE IMPROPER WILLFULNESS EVIDENCE**

*Of Counsel*:

Vera M. Elson
Dale R. Bish
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
Neil N. Desai
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900


Dated:  July 6, 2018

GREENBERG TRAURIG, LLP
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7000
schladweilerb@gtlaw.com

*Counsel for Defendant and Counterclaimant Minerva Surgical, Inc.*

Minerva's Motion *in Limine* No. 1 should be granted.

***First***, Hologic fails to (and cannot) rebut that the PTX-0042 email is irrelevant or highly prejudicial. Contrary to Hologic's argument, the email is not "directly on point" to any of the issues left for jury trial, including willful infringement. Hologic's attempt to split hairs and to distinguish Minerva's cited cases as relating to 510(k) or ANDA is baseless. The reasoning as to why such evidence is inadmissible and irrelevant is the same—the FDA equivalence involves fundamentally different inquiries than patent law.

***Second***, Hologic cannot dispute that there is no live witness (or deposition witness) that can lay any foundation for the third-party statement in the PTX-0058 email.



D.I. 432, Ex. 1 at 113:1-2, 113:5-114:14. Dr. Skalnyi also was not a recipient of the email sent by the third-party doctor as shown on the face of the email and similarly cannot lay any foundation to the third-party statement at issue.

***Third***, Minerva is not the party who is trying to introduce the concept of advice of counsel with regards to the accused product. It is Hologic. Indeed, Minerva filed this motion to **exclude** the PTX-0058 email. Thus, Hologic's argument that Minerva is trying to use advice of counsel as a shield and a sword is nonsense. Further, Mr. Magen's opinion of counsel has nothing to do with the accused product, but only relates to a non-infringing alternative relevant to damages issues.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | GREENBERG TRAURIG, LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | Benjamin J. Schladweiler (#4601) |
| Vera M. Elson | The Nemours Building |
| Dale R. Bish | 1007 North Orange Street |
| Christopher D. Mays | Suite 1200 |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | Wilmington, DE  19801 |
| 650 Page Mill Road | (302) 661-7000 |
| Palo Alto, CA  94304 | schladweilerb@gtlaw.com |
| (650) 493-9300 |  |
| velson@wsgr.com | *Counsel for Defendant and Counterclaimant* |
| dbish@wsgr.com | *Minerva Surgical, Inc.* |
| cmays@wsgr.com |  |

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
Neil N. Desai
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com
ndesai@wsgr.com


Dated:  July 6, 2018

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on July 6, 2018, I caused the foregoing ***Defendant Minerva Surgical, Inc.'s Reply in Support of Motion In Limine No. 1: to Exclude Improper Willfulness Evidence*** to be served via electronic mail upon the following counsel of record:

| | |
|---|---|
| Karen L. Pascale<br>Pilar G. Kraman<br>James L. Higgins<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>kpascale@ycst.com<br>pkraman@ycst.com<br>jhiggins@ycst.com | Matthew M. Wolf<br>Edward Han<br>Marc A. Cohn<br>William Z. Louden<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001-3743<br>matthew.wolf@apks.com<br>ed.han@apks.com<br>marc.cohn@apks.com<br>william.louden@apks.com |
| Ryan J. Casamiquela<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>10th Floor, Three Embarcadero Center<br>San Francisco, California 94111-4024<br>ryan.casamiquela@apks.com | Assad Rajani<br>David A. Caine<br>Philip W. Marsh<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>assad.rajani@apks.com<br>david.caine@apks.com<br>philip.marsh@apks.com |
| Jennifer A. Sklenar<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>jennifer.sklenar@arnoldporter.com | |
| *Counsel for Plaintiffs and Counterdefendants Hologic, Inc. and Cytyc Surgical Products, LLC* | *Counsel for Plaintiffs and Counterdefendants Hologic, Inc. and Cytyc Surgical Products, LLC* |

                                                        */s/ Benjamin J. Schladweiler*
                                                        Benjamin J. Schladweiler (#4601)