IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC., and CYTYC SURGICAL PRODUCTS, LLC,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MINERVA SURGICAL, INC.,<br><br>　　　　　Defendant. | 1:15CV1031<br><br>VERDICT |

**We, the jury, find by a preponderance of evidence, as follows:**

**I.　PATENT DAMAGES**

- As instructing in Instructions Nos. 13 to 22, we find Hologic is entitled damages for: (answer YES to only one)

　　o　__X__ Lost profits (Answer question I.a)

　　OR

　　o　_____ Only a Reasonable Royalty (Answer question I.b)

I.a　If you find that Hologic is entitled to lost profits answer the following:

　　o　For lost profits of $ __4,200,529.75__ and,

　　o　For royalties for sales not included in lost profits $ __587,138.48__, a royalty of __8__ %

I.b　If you find that Hologic is entitled to only a Reasonable Royalty:

　　o　For a reasonable royalty $_____, a royalty of _____%.

## II. WILLFUL INFRINGEMENT

- As instructed in Instruction No. 23, we find Minerva's infringement of the '348 patent was

    \_\_\_\_ Willful

    _X_ Not willful

## III. MINERVA'S COUNTERCLAIMS
### A. Breach of Contract

- On Minerva's claim for breach of contract, as instructed in Instruction No. 35, we find in favor of

    \_\_\_\_ Minerva    or    _X_ Hologic

### B. Lanham Act

- On Minerva's claim of false advertising under the Lanham Act, as instructed in Instruction No. 33, we find in favor of

    \_\_\_\_ Minerva    or    _X_ Hologic

**If you found in favor of Hologic your deliberations are at an end.**

**If you found in favor of Minerva, answer the following:**

  o What is the amount of money required to compensate Minerva for any actual injury?

     $_____

  o What is the amount of additional profits Hologic gained as a result of the false advertising?

     $_____

- o Was Hologic's conduct willful?

    \_\_\_\_ Yes

    \_\_\_\_ No

Your deliberations are at an end. Please have your foreperson sign and date this form.

DATED this 27 day of July, 2018.



FOREPERSON

JURORS:

