IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC. and CYTEC SURGICAL PRODUCTS, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 15-1031-JFB ) |
| MINERVA SURGICAL, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 27th day of July, 2018,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of July 26-27, 2018.

United States District Judge

cc: Financial Administrator