# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MINERVA SURGICAL, INC.,<br><br>　　　　　Defendant. | Civil Action No. 15-1031-JFB-SRF |

## STIPULATION AND ORDER RE: POST-TRIAL MOTIONS AND BRIEFING

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC ("Hologic") and Defendant Minerva Surgical, Inc. ("Minerva"), consistent with Court's Oral Order of August 2, 2018 (D.I. 506), as follows:

1. The parties shall file any post-trial motions and opening briefs, including motions under Federal Rules of Civil Procedure 50 or 59, motions for a permanent injunction, motions for attorneys' fees, and motions for accounting and interest, by **September 7, 2018** at 8 PM Eastern Time.

2. The parties shall file answering briefs in opposition to any motion filed by the opposing party by **October 5, 2018** at 8 PM Eastern Time.

3. The parties shall file reply briefs in support of any motion by **October 26, 2018** at 8PM Eastern Time.

DATED: August 10, 2018

| **YOUNG CONAWAY STARGATT & TAYLOR LLP** | **GREENBERG TRAURIG, LLP** |
|---|---|
| */s/ Karen L. Pascale* | */s/Benjamin J. Schladweiler* |
| Karen L. Pascale (#2903) | Benjamin J. Schladweiler (#4601) |
| Pilar G. Kraman (#5199) | 1007 North Orange Street, Suite 1200 |
| Rodney Square | Wilmington, DE 19801 |
| 1000 North King Street | (302) 661-7000 |
| Wilmington, DE 19801 | schladweilerb@gtlaw.com |
| (302) 571-6600 | |
| kpascale@ycst.com | *Counsel for Defendant, Minerva Surgical, Inc.* |
| pkraman@ycst.com | |
| *Counsel for Plaintiffs, Hologic, Inc. and Cytyc Surgical Products, LLC* | |

SO ORDERED this _____ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE