## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC., and CYTYC SURGICAL PRODUCTS, LLC,<br><br>                Plaintiffs,<br>     v.<br><br>MINERVA SURGICAL, INC.,<br><br>                Defendant. | C.A. No. 15-1031-JFB-SRF |

### PLAINTIFFS' MOTION FOR ENHANCED DAMAGES

Pursuant to Federal Rule of Civil Procedure 59(e), 35 U.S.C. § 284, and the Stipulation and Order Re: Post-Trial Motions and Briefing (D.I. 519), Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC (collectively, "Hologic") hereby move the Court for a finding that this case warrants enhanced damages and to amend the Court's Judgment (D.I. 520) to enhance damages by doubling Hologic's $3,752,550 in damages between May 2017 (*i.e.*, after the Court's April 2017 Order on claim construction) and entry of judgment. The grounds for this motion are set forth in Hologic's Opening Brief and supporting papers filed this date. A proposed form of Order is respectfully submitted herewith.

| | |
|---|---|
| DATED: September 7, 2018 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | _____ |
| Matthew M. Wolf | Karen L. Pascale (#2903) |
| Marc A. Cohn | Pilar G. Kraman (#5199) |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | Rodney Square |
| 601 Massachusetts Ave., NW | 1000 North King Street |
| Washington, DC 20001-3743 | Wilmington, DE 19801 |
| Telephone: (202) 942-5000 | Telephone: (302) 571-6600 |
| matthew.wolf@arnoldporter.com | kpascale@ycst.com |
| marc.cohn@arnoldporter.com | pkraman@ycst.com |
| | |
| Jennifer A. Sklenar | *Attorneys for Plaintiffs Hologic, Inc.* |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | *and Cytyc Surgical Products, LLC* |
| 777 South Figueroa Street, 44th Floor | |
| Los Angeles, CA 90017-5844 | |
| Telephone: (202) 243-4000 | |
| jennifer.sklenar@arnoldporter.com | |
| | |
| Ryan Casamiquela | |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | |
| Three Embarcadero Center | |
| San Francisco, CA 94111-4024 | |
| Telephone: (415) 471-3100 | |
| ryan.casamiquela@arnoldporter.com | |
| | |
| David A. Caine | |
| Philip W. Marsh | |
| Assad H. Rajani | |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | |
| Five Palo Alto Square | |
| 3000 El Camino Real, Suite 500 | |
| Palo Alto, CA 94306 | |
| Telephone: (650) 319-4500 | |
| david.caine@arnoldporter.com | |
| philip.marsh@arnoldporter.com | |
| assad.rajani@arnoldporter.com | |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 7, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Minerva Surgical, Inc.:*

| | |
|---|---|
| Benjamin J. Schladweiler | schladweilerb@gtlaw.com |

**GRRENBERG TRAURIG LLP**
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

| | |
|---|---|
| Vera M. Elson | velson@wsgr.com |
| Dale R. Bish | dbish@wsgr.com |
| Christopher D. Mays | cmays@wsgr.com |

**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050

| | |
|---|---|
| Olivia M. Kim | okim@wsgr.com |
| Neil N. Desai | ndesai@wsgr.com |
| Edward G. Poplawski | epoplawski@wsgr.com |

**WILSON SONSINI GOODRICH & ROSATI**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071

2

|  |  |
|---|---|
| September 7, 2018 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*<br>Pilar G. Kraman (#5199) *[pkraman@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600<br><br>*Attorneys for Plaintiffs, Hologic, Inc.*<br>*and Cytyc Surgical Products, LLC* |