**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MINERVA SURGICAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-1031-JFB-SRF<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to District of Delaware Local Rule 7.1.4, Defendant Minerva Surgical, Inc. ("Minerva") respectfully requests oral argument on its post-trial motions, as follows: (i) Defendant Minerva's Renewed Motion for Judgment as a Matter of Law of No Patent Damages or in the Alternative, Motion for a New Trial for Reasonable Royalty (D. I. 521), (ii) Defendant Minerva's Motion for a New Trial for Lanham Act and Breach of Contract (D.I. 523), and (iii) Defendant Minerva's Motion for a Permanent Injunction Under Delaware's Deceptive Trade Practices Act (D.I. 525). Briefing on the motions is now complete.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*Of Counsel*:

Vera M. Elson
Dale R. Bish
Christopher D. Mays
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300
velson@wsgr.com
dbish@wsgr.com
cmays@wsgr.com

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
Neil N. Desai
Ty W. Callahan
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
(323) 210-2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com
ndesai@wsgr.com
tcallahan@wsgr.com

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7000
schladweilerb@gtlaw.com

*Counsel for Defendant Minerva Surgical, Inc.*

Dated:  November 1, 2018

**CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on November 1, 2018, I caused the foregoing *Request for Oral Argument* to be served via electronic mail upon the following counsel of record:

Karen L. Pascale
Pilar G. Kraman
James L. Higgins
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
kpascale@ycst.com
pkraman@ycst.com
jhiggins@ycst.com

Matthew M. Wolf
Edward Han
Marc A. Cohn
William Z. Louden
William Young, Jr.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001-3743
matthew.wolf@apks.com
ed.han@apks.com
marc.cohn@apks.com
william.louden@apks.com
william.young@arnoldporter.com

*Counsel for Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC*

Ryan J. Casamiquela
ARNOLD & PORTER KAYE SCHOLER LLP
10th Floor, Three Embarcadero Center
San Francisco, California 94111-4024
ryan.casamiquela@apks.com

Assad Rajani
David A. Caine
Philip W. Marsh
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
assad.rajani@apks.com
david.caine@apks.com
philip.marsh@apks.com

Jennifer A. Sklenar
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
jennifer.sklenar@arnoldporter.com

*Counsel for Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)