**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOLOGIC, INC., and CYTYC SURGICAL PRODUCTS, LLC,<br><br>        Plaintiffs,<br>   v.<br><br>MINERVA SURGICAL, INC.,<br><br>        Defendant. | C.A. No. 15-1031-JFB-SRF |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC (collectively, "Plaintiffs") respectfully request oral argument on their post-trial motions, as follows: (i) Plaintiffs' Motion for Attorneys' Fees and Related Non-Taxable Costs (D.I. 528), (ii) Plaintiffs' Motion for Enhanced Damages (D.I. 530), (iii) Plaintiffs' Motion for Permanent Injunction (D.I. 532), and (iv) Plaintiffs' Motion for an Accounting, Supplemental Damages, Ongoing Royalties, Pre-Judgment Interest, and Post-Judgment Interest (D.I. 534). Briefing on the motions is now complete.

| | |
|---|---|
| DATED: November 1, 2018<br><br>*Of Counsel:*<br><br>Matthew M. Wolf<br>Marc A. Cohn<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave., NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>matthew.wolf@arnoldporter.com<br>marc.cohn@arnoldporter.com<br><br>Jennifer A. Sklenar<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>777 South Figueroa Street, 44th Floor | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (#2903)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>kpascale@ycst.com<br>pkraman@ycst.com<br><br>*Attorneys for Plaintiffs Hologic, Inc.*<br>*and Cytyc Surgical Products, LLC* |

1

Los Angeles, CA 90017-5844
Telephone: (202) 243-4000
jennifer.sklenar@arnoldporter.com

Ryan J. Casamiquela
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
ryan.casamiquela@arnoldporter.com

David A. Caine
Philip W. Marsh
Assad H. Rajani
**ARNOLD & PORTER KAYE SCHOLER LLP**
Five Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Telephone: (650) 319-4500
david.caine@arnoldporter.com
philip.marsh@arnoldporter.com
assad.rajani@arnoldporter.com

## **CERTIFICATE OF SERVICE**

      I, Karen L. Pascale, Esquire, hereby certify that on November 1, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by electronic mail:

*Attorneys for Defendant Minerva Surgical, Inc.:*

| | |
|---|---|
| Benjamin J. Schladweiler | schladweilerb@gtlaw.com |
| **GRRENBERG TRAURIG LLP** | |
| The Nemours Building | |
| 1007 North Orange Street | |
| Suite 1200 | |
| Wilmington, DE 19801 | |

| | |
|---|---|
| Vera M. Elson | velson@wsgr.com |
| Dale R. Bish | dbish@wsgr.com |
| Christopher D. Mays | cmays@wsgr.com |
| **WILSON SONSINI GOODRICH & ROSATI** | |
| 650 Page Mill Road | |
| Palo Alto, CA 94304-1050 | |

| | |
|---|---|
| Olivia M. Kim | okim@wsgr.com |
| Neil N. Desai | ndesai@wsgr.com |
| Edward G. Poplawski | epoplawski@wsgr.com |
| **WILSON SONSINI GOODRICH & ROSATI** | |
| 633 West Fifth Street, Suite 1550 | |
| Los Angeles, CA 90071 | |

| | |
|---|---|
| Robert N. Hochman | rhochman@sidley.com |
| **SIDLEY AUSTIN LLP** | |
| One South Dearborn | |
| Chicago, Illinois 60603 | |

November 1, 2018

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

_____
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Pilar G. Kraman (#5199) *[pkraman@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600

*Attorneys for Plaintiffs, Hologic, Inc.
and Cytyc Surgical Products, LLC*