IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC., and CYTYC SURGICAL PRODUCTS, LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MINERVA SURGICAL, INC.,<br><br>    Defendant. | **Civ. No. 15-1031-JFB**<br><br>**FINAL JUDGMENT** |

Pursuant to the Memorandum and Order entered on May 2, 2019 (D.I. 616) and the Jury Verdict (D.I 498),

1. Judgment is entered in favor of plaintiffs/counterclaim defendants Hologic, Inc. and CYTYC Surgical Products, LLC, and against defendant/counterclaimant Minerva, Inc., on plaintiffs/counterclaim defendants claim for infringement of U. S. Patent No. 9,9095,348 in the amount of $4,787,668.23; plus prejudgment interest in the amount of $270,533, plus postjudgment interest at the statutory rate of 2.44% under 35 U.S.C. § 1961(a).

2. Judgment is entered in favor of plaintiffs/counterclaim defendants Hologic, Inc. and CYTYC Surgical Products, LLC, and against defendant/counterclaimant Minerva, Inc., on plaintiffs'/counterclaim defendants' claim for infringement of U. S. Patent No. 9,9095,348 in the amount of $1,629,304.08 in supplemental damages for Minerva's infringing sales from April 1, 2018, through August 13, 2018, plus prejudgment interest on that amount at the prime rate compounded quarterly from the date of infringement to August 13, 2018, (D.I. 520), plus post-

judgment interest thereafter at the legal rate under 28 U.S.C. § 1961 until such time as the judgment is paid.

    3.    Judgment is entered in favor of plaintiffs/counterclaim defendants Hologic, Inc. and CYTYC Surgical Products, LLC, and against defendant/counterclaimant Minerva, Inc. on defendant/counterclaimant Minerva's counterclaims.

    4.    Defendant/counterclaimant Minerva's counterclaims are hereby dismissed.

    IT IS SO ORDERED.

    DATED this 31st day of May 2019.

    BY THE COURT:

    s/ Joseph F. Bataillon
    Senior United States District Judge