**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOLOGIC, INC. and CYTYC SURGICAL PRODUCTS, LLC,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>MINERVA SURGICAL, INC.,<br><br>    Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 15-1031-JFB-SRF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER APPROVING SUPERSEDEAS BOND AND
STAYING OF EXECUTION OF JUDGMENT**

This matter is before the Court on Defendant Minerva Surgical, Inc.'s ("Minerva") motion (D.I. 627) for approval of a supersedeas bond and for a stay, pending appeal, of execution of the Court's June 3, 2019 Final Judgment (D.I. 621) pursuant to Federal Rule of Civil Procedure 62(b). The Court has considered Minerva's motion and plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC's (collectively, "Hologic") opposition thereto, and finds that the motion should be granted. Accordingly,

IT IS ORDERED that:

    1.    Minerva's supersedeas bond in the amount of $7,094,974.42 is APPROVED;

    2.    Minerva's motion for a stay of execution of the Court's Final Judgment, pending Hologic's appeal and Minerva's cross-appeal to the United States Court of Appeals for the Federal Circuit is GRANTED; and

    3.    Any and all actions and proceedings to execute on the Court's Final

Judgment shall be STAYED pending final resolution of the appeal.

DATED this 11th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge