# United States Court of Appeals
# for the Federal Circuit

---

**HOLOGIC, INC., CYTYC SURGICAL PRODUCTS, LLC,**

*Plaintiffs-Appellants*

v.

**MINERVA SURGICAL, INC.,**

*Defendant-Cross-Appellant*

---

2019-2054, 2019-2081

---

Appeals from the United States District Court for the District of Delaware in No. 1:15-cv-01031-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

April 22, 2020                    /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court